GARY G. GEUSS, City Attorney, SBN 128022
NEIL OKAZAKI, Assistant City Attorney, SBN 201367
REBECCA L. MCKEE, Deputy City Attorney, SBN 279485
OFFICE OF THE CITY ATTORNEY – City of Riverside
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
Facsimile (951) 826-5540

Attorneys for Defendant, CITY OF RIVERSIDE, a California charter city and municipal corporation; JUAN MUNOZ (erroneously sued as OFFICER J. MUNOZ); and GAVIN LUCERO (erroneously sued as OFFICER LUCERO)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHA CALHOUN, individually and as Guardian ad Litem for T.D.C., individually; and TALETHA CALHOUN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE; OFFICER J. MUNOZ; OFFICER LUCERO; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-05231-CJC (JEMx)<br><br>**ORDER RE STIPULATION FOR PROTECTIVE ORDER REGARDING INFORMATION REQUESTED THROUGH DISCOVERY FROM PEACE OFFICERS' CONFIDENTIAL PERSONNEL FILES** |

The Court has read and considered the Stipulation for Protective Order regarding Information Requested through Discovery from Peace Officers' Confidential Personnel Files.

THE FOLLOWING IS HEREBY ORDERED:

That a protective order for any information released in response to Plaintiffs' Requests for Production of Documents, Set One, be granted for any information released in response as follows:

1. Any documents produced by Defendant City of Riverside in response to Plaintiffs' Requests for Production 3, 7, 13, 18, 19, 22, 23, 24, 26, and 27

1

are strictly confidential and shall not be used for any purpose other than the above entitled case.

2. Plaintiffs' counsel is prohibited from releasing, disseminating, or sharing any information provided in response to Plaintiffs' requests (including the names and addresses of complainants/witnesses, as well as any information developed from such persons, and/or personnel/employment records) with anyone other than agents working on this specific case on behalf of Plaintiffs' counsel.

3. Any documents provided (including the names and addresses of complainants/witnesses as well as information developed from such persons, and personnel/employment records) cannot be stored in any type of information retrieval system which may be accessed by anyone, with the exception of Plaintiffs' counsel or their agents working on this specific case on behalf of Plaintiffs.

4. Any documents produced by Defendant City of Riverside in response to Requests for Production 3, 7, 13, 18, 19, 22, 23, 24, 26, and 27 must be destroyed after the above entitled case is resolved.

Dated: 6/1/2018

~~HON. CORMAC J. CARNEY~~
~~United States District Court~~
JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE