JS-6

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TYESHA CALHOUN, individually, and as Guardian ad Litem for T.D.C., individually; and TALETHA CALHOUN, individually,

         Plaintiffs,

    vs.

CITY OF RIVERSIDE; OFFICER J. MUNOZ; OFFICER LUCERO; and DOES 1 through 10, inclusive,

         Defendants.

Case No. 2:17-CV-05231-CJC (JEMx)

**ORDER RE: JOINT STIPULATION TO DISMISS FEDERAL CASE**

Date of Production: June 27, 2018

/ / /
/ / /
/ / /

ORDER RE: JOINT STIPULATION TO DISMISS FEDERAL CASE

**BASED ON THE STIPULATION BETWEEN THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

Count 1 of the First Amended Complaint filed in this matter alleging civil rights violations pursuant to 28 U.S.C. § 1983 is dismissed with prejudice and the jurisdiction of this case is returned to the Superior Court for the State of California in the County of Riverside without the need for a noticed motion and hearing.

**IT IS SO ORDERED.**

**Dated:** August 14, 2018

**Hon. Cormac J. Carney**
**UNITED STATES DISTRICT JUDGE**

ORDER RE: JOINT STIPULATION TO DISMISS FEDERAL CASE